IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHAL PACHECO,

    Plaintiff,                             CIV. NO. S-10-0085 GEB GGH PS

  vs.

PAUL FINANCIAL, et al.,

    Defendants.                         <u>ORDER AND</u>

/                                    <u>ORDER TO SHOW CAUSE</u>

        Plaintiff is proceeding pro se in this action, referred to the undersigned pursuant to Local Rule 72-302(c)(21). Defendant Paul Financial's motion to dismiss is presently noticed for hearing on the February 25, 2010, law and motion calendar of the undersigned. Opposition to motions, or a statement of non-opposition thereto, must be filed fourteen days preceding the noticed hearing date. E.D. Cal. L. R. 78-230(c). Court records reflect that plaintiff failed to file opposition or a statement of non-opposition to the motion.

        Failure to comply with the Local Rules "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." E.D. Cal. L. R. 11-110; see <u>Ghazali v. Moran</u>, 46 F.3d 52, 53 (9th Cir. 1995). Additionally, "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if written opposition to the motion has not been timely filed." E.D. Cal. L. R. 78-230(c).[1] Pro se

---

[1] Moreover, failure to appear at hearing may be deemed withdrawal of opposition to a motion or may result in sanctions. E.D. Cal. L. R. 78-230(j).

1

litigants are bound by the rules of procedure, even though pleadings are liberally construed in their favor. King v. Atiyeh, 814 F.2d 565, 567 (9th Cir. 1987); Jacobsen v. Filler, 790 F.2d 1362, 1364-65 (9th Cir.1986). The Local Rules specifically provide that cases of persons appearing in propria persona who fail to comply with the Federal and Local Rules are subject to dismissal, judgment by default, and other appropriate sanctions. E.D. Cal. L. R. 83-183.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The hearing date of February 25, 2010 is vacated. Hearing on defendant's motion is continued to March 18, 2010.

2. Plaintiff shall show cause, in writing, no later than March 4, 2010 why sanctions should not be imposed for failure timely to file opposition or a statement of non-opposition to the pending motion.

3. Plaintiff is directed to file opposition, if any, to the motion, or a statement of non-opposition thereto, no later than March 4, 2010. Failure to file opposition and appear at hearing, or to file a statement of non-opposition, will be deemed a statement of non-opposition, and shall result in a recommendation that this action be dismissed.

DATED: February 17, 2010

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH:076:Pacheco0085.osc.wpd