IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHAL PACHECO,

     Plaintiff,                              CIV. NO. S-10-0085 GEB GGH PS

    vs.

PAUL FINANCIAL, et al.,

     Defendants.                          ORDER

_____/

Defendant Paul Financial's motion to dismiss presently is calendared for hearing on March 18, 2010. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motion. See E.D. Cal. L.R. 78-230(h).

Accordingly, IT IS ORDERED that:

1. The March 18, 2010 hearing on the motion to dismiss, filed January 15, 2010, is vacated; and

2. The motion is submitted on the record.

DATED: March 11, 2010

                                                          /s/ Gregory G. Hollows

                                                   GREGORY G. HOLLOWS
                                                   U. S. MAGISTRATE JUDGE

GGH:076:Pacheco0085.vac.wpd