**FILED**

APR 02 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ GGH
DEPUTY CLERK

1  PHAL S. PACHECO
   23061 LA CASA COURT
2  TRACY, CA 95304
   PHONE: (209) 221-9562

3  PHAL S. PACHECO, PLAINTIFF IN PRO PER

4

5                    UNITED STATES DISTRICT COURT

6                    EASTERN DISTRICT OF CALIFORNIA

7

8  PHAL S. PACHECO, an individual,          )  Case No.: 2:10-CV-00085-GEB-GGH
                                            )
9                Plaintiff,                 )  **APOLOGY AND EXPLANATION RE:**
                                            )  **LATE FILING OF PLAINTIFF'S**
10       vs.                                )  **OPPOSITION TO DEFENDANT'S**
   PAUL FINANCIAL, LLC, a                   )  **MOTION TO DISMISS**
11 California Corporation, form unknown;    )
   PREMIER CAPITAL MORTGAGE, LLC, a         )
12 California corporation, form unknown; GMAC )  Date:  February 25, 2010
   MORTGAGE, LLC, a business entity, form   )  Time:  10:00 a.m.
13 unknown; MORTGAGE ELECTRONIC            )  Place: U.S. District Court Eastern District
   REGISTRATION SYSTEMS, a business         )         Courtroom 9, 13th Floor
14 entity, form unknown; and DOES 1 through )         501 I Street
   50, inclusive,                           )         Sacramento, CA
15                                          )  Judge: Honorable Garland E. Burrell, Jr.
                                            )
16            Defendants.                   )
                                            )
17                                          )
                                            )
18                                          )

19       To the Honorable Judge of the United States District Court, Garland E. Burrell, Jr., please

20 accept my sincerest apology for the late filing of my Opposition To Defendant's Motion To

21 Dismiss. I received notice of the filing of Defendants' Motion very late, and I have been trying

22 my hardest to manage my work schedule and prepare my paperwork in accordance with the

23 timelines set by the United States District Court Local Rules for the Eastern District of

24 California, however I did not make it on time to file the Opposition timely. Furthermore, this

25

                                           1

1  action was originally filed in State Court where I had familiarized myself with the deadlines

2  associated with that Court. Then, the action was removed to Federal Court and I had to quickly

3  scramble to learn the United States District Court Local Rules for the Eastern District of

4  California. I humbly request that you please accept my apology and my late filing. Thank you

5  very much.

6

7  DATED: March 31, 2010

8

9

10

11

12          By: _____

13                  PHAL S. PACHECO, PLAINTIFF IN PRO PER

14

15

16

17

18

19

20

21

22

23

24

25

2

**APOLOGY AND EXPLANATION RE: LATE FILING OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

CERTIFICATE OF SERVICE

I, _Michael Penquist_, hereby certify that I am not a party to the action and am of such age and discretion as to be competent to serve papers.

I further certify that on this date I caused a copy of the **APOLOGY AND EXPLANATION RE: LATE FILING OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** to be placed in a postage-paid envelope addressed to the defendant(s), at the addresses stated below, which are the last known addresses of said defendants, and deposited said envelope(s) in the United States mail.

Addressee:

Spencer Paul Scheer, Esq.
Scheer Law Group, LLP
155 N. Redwood Drive, Suite 100
San Rafael, CA 94903

Phone Number: (415) 491-8900
Fax Number: (415) 491-8910

Attorneys for Defendants,
PAUL FINANCIAL, LLC

Dated this 1ST day of April, 2010

1
**PROOF OF SERVICE**